```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 40558
    AVA R GREYER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2139


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/02/2004 and was confirmed 12/29/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  43.24% from remaining funds.

    The case was dismissed after confirmation 08/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED         4890.00             .00        1729.07
CENTRAL FURNITURE          SECURED            750.00             .00         750.00
CENTRAL FURNITURE          UNSECURED          788.20             .00         278.70
AMERICAN HEARTLAND INSUR   UNSECURED        NOT FILED            .00             .00
CITY OF CHICAGO DEPT OF    UNSECURED        NOT FILED            .00             .00
CITY OF CHICAGO            NOTICE ONLY      NOT FILED            .00             .00
CREDITORS DISCOUNT AUDIT   UNSECURED        NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED OTH      702.33             .00         248.35
FINGERHUT                  NOTICE ONLY      NOT FILED            .00             .00
NATIONAL CAPITAL MANAGEM   UNSECURED           665.06            .00         235.16
GENESIS FINANCIAL SOLUTI   NOTICE ONLY      NOT FILED            .00             .00
IQ TEL                     UNSECURED        NOT FILED            .00             .00
MCI                        UNSECURED        NOT FILED            .00             .00
NEW ACCESS COMMUNICATION   UNSECURED        NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED OTH      259.13             .00          60.04
NEW YORK TIMES             UNSECURED        NOT FILED            .00             .00
US CELLULAR                UNSECURED        NOT FILED            .00             .00
US CELLULAR                NOTICE ONLY      NOT FILED            .00             .00
VARTEC TELECOMMUNICATION   UNSECURED        NOT FILED            .00             .00
TIMOTHY K LIOU             DEBTOR ATTY       2,464.40                       1,625.00
TOM VAUGHN                 TRUSTEE                                            283.08
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  5,209.40

PRIORITY                                           .00
SECURED                                         750.00
UNSECURED                                     2,551.32

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 40558 AVA R GREYER
```

```
ADMINISTRATIVE                                              1,625.00
TRUSTEE COMPENSATION                                          283.08
DEBTOR REFUND                                                    .00
                                        ---------------   ---------------
TOTALS                                         5,209.40          5,209.40
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/03/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
            CASE NO. 04 B 40558 AVA R GREYER